## REVIEW OF ADDITION TO TAX RETURN.

Court of Appeals for Hamilton County.

THE STANDARD OIL COMPANY v. HOPKINS, TREASURER.

Decided, April, 1913.

*Taxation—Injunction Lies to Set Aside an Arbitrary Addition to a Tax Return—Section 1465-1, et seq.*

The allegation that an addition has been made to the plaintiff's tax return, arbitrarily and capriciously and without any evidence or information to warrant so doing, states a good cause of action and is not open to demurrer.

*C. W. Baker,* for plaintiff in error.

*Thos. L. Pogue,* Prosecuting Attorney; and *John V. Campbell* and *C. A. Groom,* Assistant Prosecuting Attorneys, contra.

SWING, J.; JONES, E. H., J., and JONES, O. B., J., concur.

This was an action by way of injunction to enjoin the collection of taxes which the plaintiff claims were illegally assessed against it. The gist of the action is set forth in the following allegation: "On the 30th day of September, 1912, the said board of review, arbitrarily and capriciously and without any evidence or information whatsoever to warrant such action, added the sum of $4,123 to the tax return of plaintiff."

To this petition a demurrer was filed.

The petition states a good cause of action, and injunction is the proper and only remedy (14 C. C., 94; 35 O. S., 474; 55 O. S., 466). The law passed May 11, 1911 (102 O. L., 224), makes no provision by which the tax-payer may have his case reviewed by the state tax commission either by error or appeal, and does not take away from the tax-payer his right by injunction to set aside an illegal act by the board of review.

Demurrer overruled.